IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jason E. Miller
Debra M. Miller
      Debtors

Case No. 1-24-bk-01939-HWV

Chapter 13

MOTION TO EXTEND TIME
TO FILE ALL REMAINING DOCUMENTS

AND NOW, come the above Debtors by their counsel, Brent C. Diefenderfer, Esquire and CGA Law Firm and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to further extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on August 5, 2024 in order to stay the foreclosure proceedings on their real property.

3. On or About August 16, 2024, the debtors returned the documentation needed to finalize the petition and plan to counsel. Therefore, the documents have not been finalized for filing.

4. The Debtors and counsel request an extension of thirty (30) days to finalize and file all remaining documents.

WHEREFORE, the Debtors request an extension of thirty (30) days in which to file all remaining documents.

{02185071/1}

Case 1:24-bk-01939-HWV    Doc 10    Filed 08/19/24    Entered 08/19/24 11:09:46    Desc
Main Document    Page 1 of 3

Respectfully submitted,
CGA Law Firm


By: */s/ Brent C. Diefenderfer*
    Brent C. Diefenderfer, Esquire
    Sup. Ct. ID No. 93685
    135 North George Street
    York, PA 17401-1282
    Telephone: 717-848-4900
    (Counsel for Debtors)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Jason Edward Miller
    Debra Marie Miller
        Debtors

Case No. 1-24-bk-01939-HWV

Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtors seeking to have the time in which to file all remaining documents, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended an additional thirty (30) days, to September 19, 2024.

BY THE COURT,