**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PA**

Chapter:    13
Case No:    2401939

In re:      JASON EDWARD MILLER
            DEBRA MARIE MILLER

Account Number:  7746

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 3 filed on 08/26/2024 in the amount of $2,061.84 and in furtherance, states as follows:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case; and

3. In a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or

otherwise participated meaningfully in the case.

On this date 8/27/2024.

By:  /s/ Zachery C. Hayes
      Zachery C. Hayes
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com