**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PA**

Chapter:    13
Case No:    2401939

In re:    JASON EDWARD MILLER
          DEBRA MARIE MILLER

Account Number:  4960

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 4 filed on 08/26/2024 in the amount of $824.08 and in furtherance, states as follows:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case; and

3. In a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or

otherwise participated meaningfully in the case.

On this date 8/27/2024.

By:  /s/ Zachery C. Hayes
      Zachery C. Hayes
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com