UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 2401939

In re: JASON EDWARD MILLER
DEBRA MARIE MILLER

Account Number: 1608

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 8 filed on 08/27/2024 in the amount of $1,203.29 and in furtherance, states as follows:

1. No objection to the claim has been filed;

2. The claimant is not a defendant in an adversary proceeding in the case; and

3. In a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or

otherwise participated meaningfully in the case.

On this date 8/28/2024.

By: /s/ Zachery C. Hayes
Zachery C. Hayes
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com