United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Jason Edward Miller<br>Debra Marie Miller<br>    Debtors | Case No. 24-01939-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Sep 04, 2024      Form ID: ntnew341      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Edward Miller, Debra Marie Miller, 215 Martin Street, Red Lion, PA 17356-2418 |
| 5643691 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5643690 | + | JASON EDWARD MILLER, DEBRA MARIE MILLER, 215 MARTIN STREET, RED LION, PA 17356-2418 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2024 18:47:54 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5643695 | + | Email/Text: Bankruptcy@BAMcollections.com | Sep 04 2024 18:39:00 | BUREAU OF ACCOUNT MANAGMENT, ATTN: BANKRUPTCY, 3607 ROSEMONT AVE, STE 502, POB 8875, CAMP HILL, PA 17001-8875 |
| 5643696 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2024 18:48:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5643697 | | Email/Text: BNSFN@capitalsvcs.com | Sep 04 2024 18:39:00 | FIRST NATIONAL BANK/LEGACY, ATTN: BANKRUPTCY, PO BOX 5097, SIOUX FALLS, SD 57117 |
| 5643693 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2024 18:39:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5643698 | + | Email/Text: bankruptcy@kikoff.com | Sep 04 2024 18:39:00 | KIKOFF LEND, 75 BROADWAY, SAN FRANCISCO, CA 94111-1422 |
| 5643700 | ^ | MEBN | Sep 04 2024 18:33:22 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5643701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2024 18:47:54 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5645051 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2024 18:47:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5643702 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2024 18:39:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, TX 75261-9098 |
| 5643703 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 04 2024 18:47:54 | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5643694 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 04 2024 18:39:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 280946, HARRISBURG, PA 17128-0946 |
| 5643704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2024 18:48:01 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5647536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2024 18:48:06 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5646143 | | Email/Text: bnc-quantum@quantum3group.com Sep 04 2024 18:39:00 | | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5643705 | + | Email/Text: enotifications@santanderconsumerusa.com Sep 04 2024 18:39:00 | | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5643692 | + | Email/Text: karen.brown@treasury.gov Sep 04 2024 18:39:00 | | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5643706 | + | Email/Text: bankruptcy@sw-credit.com Sep 04 2024 18:39:00 | | SWC GROUP, 4120 INTERNATIONAL PARKWAY #100, CARROLLTON, TX 75007-1957 |
| 5647702 | + | Email/Text: enotifications@santanderconsumerusa.com Sep 04 2024 18:39:00 | | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5643707 | + | Email/Text: bncmail@w-legal.com Sep 05 2024 09:38:00 | | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5643708 | | ^ MEBN Sep 04 2024 18:33:25 | | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5643709 | | ^ MEBN Sep 04 2024 18:33:19 | | UTILITY SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5643710 | | Email/Text: kcm@yatb.com Sep 04 2024 18:39:00 | | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5643699 | | KIKOFF LENDING LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 06, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 2 Debra Marie Miller bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Jason Edward Miller bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Edward Miller,

    **Debtor 1**

Debra Marie Miller,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−01939−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: October 10, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 4, 2024 |

ntnew341 (09/23)