IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    JASON EDWARD MILLER          Chapter 13
    DEBRA MARIE MILLER
                Debtors          Case No. 1:24-bk-01939-HWV

## SECOND MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

COME NOW, this 19th day of September, 2024, the above Debtors, by their counsel, CGA Law Firm, Brent C. Diefenderfer, Esquire, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case was filed as an emergency voluntary Chapter 13 petition on August 5, 2024 for the purpose of staying the Sheriff sale of Debtor's real estate.

3. Debtors have provided all of the documentation needed to complete the Schedules and Petition, and while the Debtors and counsel are in touch to attempt to finalize the Petition and Schedules, the documents have not been finalized for filing.

4. The Debtors request an extension of fourteen days (14) to file the requisite schedules.

WHEREFORE, the Debtors request an extension until October 3, 2024, to file all outstanding documents.

Respectfully submitted,
CGA Law Firm


*/s/Brent C. Diefenderfer, Esquire*
Brent C. Diefenderfer, Esquire
Sup. Ct. ID No. 93685
135 North George Street
York, PA 17401-1282
Telephone: 717-848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    JASON EDWARD MILLER      Chapter 13
    DEBRA MARIE MILLER
              Debtors      Case No. 1:24-bk-01939-HWV

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Jack N Zaharopoulos, Esquire
Chapter 13 Trustee

                        /s/Brent C. Diefenderfer, Esquire
                        Brent C. Diefenderfer, Esquire
                        CGA Law Firm
                        135 North George Street
                        York, PA 17401
                        (717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    JASON EDWARD MILLER<br>    DEBRA MARIE MILLER<br>                 Debtors | Chapter 13<br><br>Case No. 1:24-bk-01939-HWV |

### ORDER EXTENDING TIME TO
### FILE REQUISITE SCHEDULES

UPON CONSIDERATION OF a review of the Motion filed by the Debtors seeking to have the time in which to file the requisite schedules extended, it is hereby

ORDERED that the time within which the Debtor musts file the requisite schedules be extended an additional fourteen (14) days until October 3, 2024.

{02189424/1}