United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason Edward Miller  
Debra Marie Miller  
    Debtors

Case No. 24-01939-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 10, 2024      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason Edward Miller, Debra Marie Miller, 215 Martin Street, Red Lion, PA 17356-2418 |
| 5643691 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5643690 | + | JASON EDWARD MILLER, DEBRA MARIE MILLER, 215 MARTIN STREET, RED LION, PA 17356-2418 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 10 2024 18:54:10 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5643695 | + | Email/Text: Bankruptcy@BAMcollections.com | Oct 10 2024 18:51:00 | BUREAU OF ACCOUNT MANAGMENT, ATTN: BANKRUPTCY, 3607 ROSEMONT AVE, STE 502, POB 8875, CAMP HILL, PA 17001-8875 |
| 5643696 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 18:54:06 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5651583 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2024 18:54:06 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5643697 | | Email/Text: BNSFN@capitalsvcs.com | Oct 10 2024 18:50:00 | FIRST NATIONAL BANK/LEGACY, ATTN: BANKRUPTCY, PO BOX 5097, SIOUX FALLS, SD 57117 |
| 5643693 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2024 18:51:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5643698 | + | Email/Text: bankruptcy@kikoff.com | Oct 10 2024 18:50:00 | KIKOFF LEND, 75 BROADWAY, SAN FRANCISCO, CA 94111-1422 |
| 5643700 | | ^ MEBN | Oct 10 2024 18:46:12 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5643701 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:36 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5645051 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2024 18:54:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5656096 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 10 2024 18:50:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5643702 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 10 2024 18:50:00 | MRC/UNITED WHOLESALE M, ATTN: BANKRUPTCY, P. O. BOX 619098, DALLAS, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 75261-9098 |
| 5643703 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Oct 10 2024 19:04:52 | | NAVIENT, ATTN: BANKRUPTCY, PO BOX 9635, WILKES BARRE, PA 18773-9635 |
| 5643694 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2024 18:51:00 | | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5643704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2024 18:54:36 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 5647536 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2024 18:54:40 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5646143 | | Email/Text: bnc-quantum@quantum3group.com Oct 10 2024 18:51:00 | | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5643705 | + | Email/Text: enotifications@santanderconsumerusa.com Oct 10 2024 18:51:00 | | SANTANDER CONSUMER USA, INC, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5643692 | + | Email/Text: karen.brown@treasury.gov Oct 10 2024 18:51:00 | | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5643706 | + | Email/Text: bankruptcy@sw-credit.com Oct 10 2024 18:51:00 | | SWC GROUP, 4120 INTERNATIONAL PARKWAY #100, CARROLLTON, TX 75007-1957 |
| 5647702 | + | Email/Text: enotifications@santanderconsumerusa.com Oct 10 2024 18:51:00 | | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5643707 | + | Email/Text: bncmail@w-legal.com Oct 10 2024 18:51:00 | | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5643708 | ^ | MEBN Oct 10 2024 18:45:57 | | TELECOM SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5643709 | ^ | MEBN Oct 10 2024 18:45:16 | | UTILITY SELFREPORTED, PO BOX 4500, ALLEN, TX 75013-1311 |
| 5643710 | | Email/Text: kcm@yatb.com Oct 10 2024 18:50:31 | | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5643699 | | KIKOFF LENDING LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Oct 10, 2024 | Form ID: ntcnfhrg | Total Noticed: 28 |

Date: Oct 12, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 2 Debra Marie Miller bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Jason Edward Miller bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Brent J Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jason Edward Miller,  Chapter 13

**Debtor 1**

Case No. 1:24−bk−01939−HWV

Debra Marie Miller,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 13, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 20, 2024 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2024 |

ntcnfhrg (08/21)