UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JASON EDWARD MILLER and : CHAPTER 13
DEBRA MARIE MILLER :
  Debtors :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
  Movant :
 :
  vs. :
 :
JASON EDWARD MILLER and :
DEBRA MARIE MILLER :
  Respondents : CASE NO. 1-24-bk-01939

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 10th day of October, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. Need credit report.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

    BY: /s/Douglas R. Roeder
            Attorney for Trustee

# CERTIFICATE OF SERVICE

        AND NOW, this   15th   day of October, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brent Diefenderfer, Esquire
135 North George Street
York, PA   17401

                                               /s/Deborah A. DePalma
                                               Office of Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee