IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Jason Edward Miller : Chapter 13
    Debra Marie Miller :
        Debtors : Case No. 1:24-bk-01939-HWV
                                 :

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the First fee application filed by Brent C. Diefenderfer, Esquire, counsel for the above Debtors, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning August 2, 2024 through January 24, 2025, in the amount of $7,835.50 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses incurred from August 2, 2024 through January 24, 2025, in the amount of $534.20 for a total award of $8,369.70 are hereby approved for services rendered and expenses incurred by CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,850.00 from the Debtor, and $0 previously received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay $6,519.70 from the funds that the Trustee has on hand to Debtor's Counsel.